```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 13675
   BETTY DENISE HARGROVE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3273

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/24/2006 and was confirmed 12/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN SUZUKI FINANCIA  SECURED NOT I      .00               .00            .00
SPRINT PC                 UNSECURED      NOT FILED             .00            .00
JOSEPH HOSPITAL           UNSECURED      NOT FILED             .00            .00
CITIFINANCIAL             UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         500.00             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         243.96             .00            .00
OMAHA PUBLIC POWER DISTR  UNSECURED          61.38             .00            .00
CREIGHTON MEDCIAL ASSOCI  UNSECURED      NOT FILED             .00            .00
CREIGHTON MEDCIAL ASSOCI  UNSECURED      NOT FILED             .00            .00
CREIGHTON MEDCIAL ASSOCI  UNSECURED      NOT FILED             .00            .00
OMAHA EMERGENCY PHYSICIA  UNSECURED         150.80             .00            .00
IMMANUEL ER PHYSICIANS L  UNSECURED      NOT FILED             .00            .00
NAT ACCT SYS              UNSECURED         748.73             .00          20.44
IMMANUEL MEDICAL CENTER   UNSECURED      NOT FILED             .00            .00
RHODEN AUTO CENTER INC    UNSECURED      NOT FILED             .00            .00
DIRECTV                   UNSECURED      NOT FILED             .00            .00
HOLLYWOOD ENTERTAINMENT   UNSECURED      NOT FILED             .00            .00
FINGERHUT                 UNSECURED      NOT FILED             .00            .00
AMERICAN SUZUKI FINANCIA  UNSECURED       15058.33             .00         411.18
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,334.00                       2,334.00
TOM VAUGHN                TRUSTEE                                           176.33
DEBTOR REFUND             REFUND                                             28.05

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,970.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                       431.62

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13675 BETTY DENISE HARGROVE
```

```
ADMINISTRATIVE                                               2,334.00
TRUSTEE COMPENSATION                                           176.33
DEBTOR REFUND                                                   28.05
                                       ---------------  ---------------
TOTALS                                        2,970.00         2,970.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/13/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 06 B 13675 BETTY DENISE HARGROVE